UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:13-cv-00240-MOC-DLH

| | | |
|---|---|---|
| **EDDIE STEWART,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JELD-WEN, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Summary Judgment (#10), which is now fully briefed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Summary Judgment (#10) be calendared and noticed for oral arguments on the October 2014 Asheville hearings date by the Clerk of Court.

Signed: August 29, 2014

Max O. Cogburn Jr.
United States District Judge